**No. 03-10833. Willie Charles Burns, Jr., Petitioner v. Dora B. Schriro, Director, Arizona Department of Corrections.**

561 U.S. 1049, 131 S. Ct. 45, 177 L. Ed. 2d 1134, 2010 U.S. LEXIS 5676.

August 16, 2010. Petition for rehearing denied.

Former decision, 543 U.S. 853, 125 S. Ct. 297, 160 L. Ed. 2d 87, 2004 U.S. LEXIS 6333.